1  Roland Au, Esq. SBN 270085
   John Kim, Esq. SBN 225248
2  Jason J. Kim, Esq. SBN 190246
   LAW OFFICES OF KIM, AU & ASSOCIATES
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Tel:  (213) 252-8008

5  Attorneys for Plaintiff C&SM INT'L

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

12 C&SM INT'L, a South Korea corporation,   |   CASE NO. CV 15-6438-GW(KSx)
                                            |   *The Honorable George H. Wu, Presiding*
13                                          |
                                            |   **ORDER GRANTING STIPULATION FOR**
14              Plaintiff,                  |   **DISMISSAL WITH PREJUDICE**
                                            |   **PURSUANT TO F.R.C.P. 41(a)(1)(A)**
15         vs.                              |
                                            |
16 THE TJX COMPANIES, INC., a Delaware      |
   corporation; and DOES 1-10, inclusive,   |
17                                          |
              Defendants.                   |
18                                          |
                                            |
19                                          |
                                            |
20

21     Based on the stipulation of the parties and for good cause shown:

22     IT IS HEREBY ORDERED that the above-entitled action against the defendant The TJX

23 Companies, Inc. to be dismissed with prejudice.

24

25 / / /

26

27 / / /

**IT IS SO ORDERED**

Dated: April 29, 2016

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE